UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA JARIWALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE'S AT THE COVE, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02074-WQH-WVG<br><br>**ORDER** |

HAYES, Judge:

Pursuant Plaintiff Krishna Jariwala's Notice of Voluntary Dismissal (ECF No. 11) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which states that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment", the Clerk of the Court shall close this case.

Dated: July 29, 2021

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court